

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Nathaniel Norris, Appellant

No. 06-16-00152-CR       v.

The State of Texas, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 11,423CR). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that appellant was convicted under Section 22.011 of the Texas Penal Code, instead of Section 22.11. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Nathaniel Norris, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk